# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. d/b/a ABC SUPPLY CO., INC., | Case No. 1:25-cv-11599-ADB |
| Plaintiff, | |
| v. | |
| CAESAR'S ROOFING, INC., CAESAR JOSEPH BALZOTTI, JR., and CAESAR JOSEPH BALZOTTI, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc. hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against defendants Caesar's Roofing, Inc., Caesar Joseph Balzotti, Jr., and Caesar Joseph Balzotti. No defendant has served an answer or a motion for summary judgment. This dismissal is without prejudice to plaintiff American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc.'s rights under the parties' settlement agreement to file the Assented Motion to Vacate Dismissal and Accept Agreement for Judgment.

Dated:  September 18, 2025

Respectfully submitted,

PLAINTIFF AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. d/b/a ABC SUPPLY CO., INC.
By its attorney,

*Scott H. Bernstein*
_____
Scott H. Bernstein, Esquire
BBO# 569466

101 Eisenhower Parkway, Suite 300
Roseland, New Jersey 07068
Telephone Number: (203) 246-2887
scott@scottbernsteinlaw.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing *Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i)* was served upon the defendants by First Class Mail on September 18, 2025 in postage paid envelopes that were properly sealed and addressed as follows:

Caesar Joseph Balzotti, Jr.
36 Alexandra Road
Lynnfield, Massachusetts 01940-2651

Caesar Joseph Balzotti
36 Alexandra Road
Lynnfield, Massachusetts 01940-2651

Caesar's Roofing, Inc.
36 Alexandra Road
Lynnfield, Massachusetts 01940-2651

Dated: September 18, 2025

*Scott H. Bernstein*
Scott H. Bernstein, Esquire